464 A.2d 316

COMMONWEALTH of Pennsylvania, ex rel. Leroy S. ZIMMERMAN, Attorney General of the Commonwealth of Pennsylvania and John A. Reilly, District Attorney of Delaware County, Pennsylvania, Appellants,

v.

OFFICERS AND EMPLOYEES RETIREMENT BOARD, Appellee.

Supreme Court of Pennsylvania.

June 2, 1983.

## ORDER

**PER CURIAM.**

A majority of the justices participating in the above matter having voted for reargument, the application of the Attorney General for reargument is granted. See 501 Pa. 293, 461 A.2d 593.